NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000842
22-JAN-2018
10:16 AM

NO. CAAP-17-0000842

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
MICHAEL FELICIANO, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1PC161001301)

ORDER APPROVING THE JANUARY 5, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal," filed by Defendant-Appellant Michael Feliciano (Feliciano), on January 5, 2018, the papers in support which includes the Declaration of Feliciano, and the record,

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal in Case No. CAAP-17-0000842 is dismissed.

DATED: Honolulu, Hawaiʻi, January 22, 2018.

Presiding Judge

Associate Judge

Associate Judge